1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:13-CR-00143 LJO SKO
12 |                      Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
                                      | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |                 v.               | FINDINGS AND ORDER
14 | JOHN BRIAN NOBLIA,               |
15 |                      Defendants  |

16

17

18                            **STIPULATION**

19

20     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
21 through his counsel of record, hereby stipulate as follows:
22     1. By previous order, this matter was set for status conference on November 18, 2013 at 1:00 p.m.
23     2. By this stipulation, defendant now moves to vacate the status conference and set the matter for
24 change of plea before the Honorable Judge O'Neill on January 13, 2014 at 11:00 a.m. and to exclude
25 time between November 18, 2013 and January 13, 2014 under 18 U.S.C. Section 3161(h)(7)(A), (b)(iv).
26 Plaintiff does not oppose this request.
27     3. The parties agree and stipulate, and request that the Court find the following:
28        a. Counsel for defendant desires additional time to consult with client, conduct

STIPULATION AND [PROPOSED]          1
ORDER

investigation, and further discuss a resolution of the case.

    b. Counsel for defendant and the government believe that a plea agreement will be filed in this case in the near future.

    c. Because of the holidays and a busy trial calendar, January 13, 2013 is the nearest court date that would reasonably comply with defense availability.

    d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2013 to January 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 7, 2013                   BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Megan A. S. Richards
                                                MEGAN A. S. RICHARDS
                                                Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER       2

1 | Dated: November 7, 2013              /s/ David Cohn
                                        Counsel for Defendant
2                                       JOHN BRIAN NOBLIA

**ORDER**

IT IS SO ORDERED.

Dated:  **November 12, 2013**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                3